**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MARK SNYDER-HARPER,

             Plaintiff,

             -against-

ANDREW M. SAUL, *Commissioner of Social Security Administration*,

             Defendant.
------------------------------------------------------------x

21-CV-981 (GBD) (OTW)

**ORDER**

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court is in receipt of Plaintiff's application to proceed *in forma pauperis* ("IFP"). (ECF 7). Plaintiff is hereby ORDERED to submit an updated IFP application by **February 19, 2021**. The pending Request does not provide answers to questions 3, 6, 7, and 8.

      **SO ORDERED.**

Dated: February 12, 2021
       New York, New York

         *s/ Ona T. Wang*
         **Ona T. Wang**
         United States Magistrate Judge