**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MARK SNYDER-HARPER,

        Plaintiff,

        -against-

ANDREW M. SAUL, *Commissioner of Social Security Administration*,

        Defendant.
------------------------------------------------------------x

21-CV-981 (GBD) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915. The Clerk of the Court is respectfully directed close ECF 11.

    **SO ORDERED.**

Dated: February 26, 2021
       New York, New York

                              *s/ Ona T. Wang*
                              **Ona T. Wang**
                              United States Magistrate Judge