# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARK SNYDER-HARPER

                Plaintiff,                      21 **CIVIL** 981 (OTW)

       -v-                                       **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated September 10, 2021, that the Commissioner's decision is reversed and that that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          September 10, 2021

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                                   **BY:**
                                                          **Deputy Clerk**